# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

EBONY T. JOHNSON

      v.                                      3:09CV2120   (SRU)

ATRIA SR LIVING GROUP INC., and
ATRIA MGMT CO, LLC

## J U D G M E N T

      This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

      The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on December 19, 2011, the motion was granted in open court.

      Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

      Dated at Bridgeport, Connecticut, this 20th day of December, 2011.

                                                        ROBIN D. TABORA, Clerk

                                                        By  /s/ Barbara Sbalbi
                                                                Deputy Clerk

Entered on Docket _____