UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL HAVILAND AND<br>CHRISTINE HAVILAND | : | NO.: 3:11CV01604 (SRU) |
| | : | |
| v. | | |
| | : | |
| BANKERS STANDARD INSURANCE<br>COMPANY AND ACE PROPERTY<br>AND CASUALTY INSURANCE COMPANY | : | JANUARY 20, 2012 |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed, without costs to any party.

          PLAINTIFFS,
          PAUL HAVILAND AND CHRISTINE HAVILAND

          By ____/s/ Stephen G. Walko_____
          Stephen G. Walko
          ct26744
          Ivey, Barnum & O'Mara, LLC
          170 Mason Street
          Greenwich, CT 06830
          Telephone: (203) 661-6000
          Facsimile: (203) 661-9462
          E-Mail: swalko@ibolaw.com

>                              DEFENDANTS,
>                              BANKERS STANDARD INSURANCE
>                              COMPANY AND ACE PROPERTY AND
>                              CASUALTY INSURANCE COMPANY
>
>
>                              By____/s/ Philip T. Newbury, Jr._____
>                                 Philip T. Newbury, Jr.
>                                 ct05283
>                                 Howd & Ludorf, LLC
>                                 65 Wethersfield Avenue
>                                 Hartford, CT  06114-1121
>                                 (860) 249-1361
>                                 (860) 249-7665 (Fax)
>                                 E-Mail:  pnewbury@hl-law.com


## CERTIFICATION

  This is to certify that on **January 20, 2012**, a copy of the foregoing **Stipulation for Voluntary Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Stephen G. Walko, Esquire
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT  06830
swalko@ibolaw.com

>                              _____/s/ Philip T. Newbury, Jr.___ ___
>                              Philip T. Newbury, Jr.